FOLLANSBEE and others, Respondents, vs. KELLNER, imp., Appellant.

*April 8 — April 30, 1897.*

*Levy v. Wilcox, ante,* p. 127, followed.

APPEAL from a judgment of the circuit court for Milwaukee county: D. H. JOHNSON, Circuit Judge. *Reversed.*

For the appellant there was a brief by *Hoyt, Ogden & Olwell,* attorneys, and *George Lines,* of counsel; a brief in reply by *Hoyt, Ogden & Olwell;* and the cause was argued orally by *F. M. Hoyt.*

Enos and another vs. Sanger and another.

For the respondents there was a brief by *Howard & Mallory,* and oral argument by *Samuel Howard* and *R. B. Mallory.*

MARSHALL, J.  This action is ruled by *Levy v. Wilcox, ante,* p. 127.

*By the Court.*— The judgment of the circuit court is reversed, and the cause remanded with directions to dismiss the complaint and enter judgment barring the action to void the tax-sale certificate and the proceedings on which it was based, under sec. 1210*h,* S. & B. Ann. Stats., and for costs in favor of defendant *Kellner,* to be taxed according to law.